F I L E D
Clerk
District Court

FEB 02 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case 1:13-cr-00002 |
| Plaintiff, | |
| vs. | **ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** |
| **GEORGE QUE**, | |
| Defendant. | |

1  Before the Court is the United States' Unopposed Motion to Dismiss with Prejudice
2  (ECF 198). For cause shown, the motion is GRANTED. Accordingly, the Indictment against
3  Defendant George Que is hereby dismissed with prejudice.

SO ORDERED on February 2, 2016.

_____
RAMONA V. MANGLONA
CHIEF JUDGE